CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813
Telephone (808) 526-2688
Facsimile: (808) 526-0307
E-mail: honolululaw808@gmail.com

MICHAEL P. HEALY, #4777-0
1188 Bishop Street, Ste 3304
Honolulu, Hawaii 96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
E-mail: honolululawyer@outlook.com

Attorneys for Plaintiff
STEPHEN BROOM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| STEPHEN BROOM, | ) CIVIL NO. 18-00358 JMS-KSC |
|---|---|
| Plaintiff, | ) |
| v. | ) PLAINTIFF STEPHEN BROOM'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |
| MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK, | ) |
| Defendant. | ) Scheduling Conference:<br>) Date: October 22, 2018<br>) Time: 9:00 a.m.<br>) Judge: Honorable Kevin S.C. Chang<br>)<br>) TRIAL DATE: None set |

PLAINTIFF STEPHEN BROOM'S SCHEDULING CONFERENCE
STATEMENT

Plaintiff STEPHEN BROOM, by and through his attorneys, Charles H. Brower and Michael P. Healy, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 16.2(b) of the Local Rules of the United States District Court of the District of Hawaii, respectfully submit the following scheduling Conference Statement.

I.  STATEMENT OF THE NATURE OF THE CASE

This is a case of wrongful termination based upon a violation of the Hawaii Whistleblower's Protection Act, H.R.S. § 378-62.

On November 17, 2015, Plaintiff was hired by Defendants as a Hospitality Ambassador.  In early March 2016, Plaintiff told his managers and supervisors that they were violating employment law by not allowing employees, including Plaintiff a lunch break and other breaks when they were working eight (8) hour shifts. Plaintiff also reported to management that a supervisor was having sex with prostitutes in the company office and using drugs in the company office.

On March 22, 2016, Plaintiff was terminated in retaliation for reporting the aforesaid violations of the law to management. Plaintiff was terminated from his position in retaliation for Plaintiff's reports of violations of law by his supervisors.

Plaintiff has suffered, as a direct and proximate result of the aforesaid conduct, damages by way of loss of earnings and earning capacity, loss of fringe and pension benefits, and other benefits due him. As a further direct and proximate result of said unlawful conduct, Plaintiff has suffered the indignity of harassment, the invasion of his right to be free from unlawful employment practices, and great humiliation, which is manifest in emotional distress. As a further direct and proximate result of said unlawful employment practices, Plaintiff has suffered mental anguish, outrage, depression, severe anxiety about his future and his ability to support himself, harm to his employability and earning capacity as well as loss of a career advancement opportunity, painful embarrassment among his friends and co-workers, disruption of his personal life, and loss of enjoyment of the ordinary pleasures of everyday life for which he is entitled to an award of general damages.

II.     STATEMENT OF JURISDICTION

This Court has jurisdiction based on diversity pursuant to 28 U.S.C. § 1332.

Venue is proper pursuant to 28 U.S.C. § 1391, as the events which form the basis of this action arose in this district.

III. <u>JURY TRIAL DEMAND</u>

Plaintiff has made a jury trial demand.

IV. <u>STATEMENT OF DISCLOSURES</u>

Counsel for the respective parties will confer regarding a discovery conference prior to the scheduling conference and a report will be filed.

V. <u>DISCOVERY STATUS</u>

Discovery has not yet been commenced.

VI. <u>STATEMENT OF SPECIAL PROCEDURES</u>

Not applicable at this time.

VII. <u>STATEMENT ON RELATED CASES</u>

None known.

VIII. <u>ADDITIONAL MATTERS</u>

None.

DATED:   Honolulu, Hawaii, October 15, 2018.

                                                     */s/ Michael P. Healy*
                                                     MICHAEL P. HEALY
                                                     CHARLES H. BROWER
                                                     Attorneys for Plaintiff

Case 1:18-cv-00358-JMS-RT   Document 9   Filed 10/15/18   Page 5 of 5   PageID.88

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN BROOM, | ) CIVIL NO. 18-00358 JMS-KSC |
| Plaintiff, | ) |
| v. | ) |
| MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK, | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following at their last known address via the Court's ECF and email, on the date stated below, and addressed as follows:

TO:
LISSA H. ANDREWS           *landrews@caselombardi.com*
FREDERICK W. ROHLFING III  *frohlfing@caselombardi.com*
Attorneys for Defendant
MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK

DATED:  Honolulu, Hawaii, October 15, 2018.

>   */s/ Michael P. Healy*
>   MICHAEL P. HEALY
>   CHARLES H. BROWER
>   Attorneys for Plaintiff