CHARLES H. BROWER,  #1980-0
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813
Telephone (808) 526-2688
Facsimile: (808) 526-0307
E-mail: honolululaw808@gmail.com

MICHAEL P. HEALY,  #4777-0
1188 Bishop Street, Ste 3304
Honolulu, Hawaii 96813
Telephone: (808) 525-8584
Facsimile: (808)  376-8695
E-mail: honolululawyer@outlook.com

Attorneys for Plaintiff
STEPHEN BROOM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN BROOM,<br><br>        Plaintiff,<br><br>   v.<br><br>MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK,<br><br>        Defendant. | CIVIL NO. 18-00358 JMS-KSC<br><br>CERTIFICATE OF SERVICE<br><br>[RE: PLAINTIFF STEPHEN BROOM'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO DEFENDANT]<br><br>TRIAL DATE: October 22, 2019 |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on December 23, 2018, by the method of service noted below, Plaintiff's First Request for Production of Documents to Defendant was served on the following at their last known addresses: (*Served by U.S. Mail, and/or electronically via Email*)

TO:
LISSA H. ANDREWS            *landrews@caselombardi.com*
FREDERICK W. ROHLFING III   *frohlfing@caselombardi.com*

Attorneys for Defendant
MYDATT SERVICES, INC., dba BLOCK BY BLOCK,
SMS HOLDINGS COMPANY, BLOCK BY BLOCK

DATED:  Honolulu, Hawaii, December 23, 2018

*/s/ Michael P. Healy*
MICHAEL P. HEALY
CHARLES H. BROWER
Attorneys for Plaintiff