CASE LOMBARDI & PETTIT
A Law Corporation

| | |
|---|---|
| LISSA A. ANDREWS | 3390 |
| FREDERICK W. ROHLFING III | 3474 |

Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No.:  (808) 547-5400
Facsimile No.:   (808) 523-1888
landrews@caselombardi.com
frohlfing@caselombardi.com

Attorneys for Defendants
**MYDATT SERVICES, INC., dba BLOCK BY BLOCK,
SMS HOLDINGS COMPANY, and BLOCK BY BLOCK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEPHEN BROOM,<br><br>  Plaintiff<br><br>  vs.<br><br>MYDATT SERVICES, INC.; dba BLOCK BY BLOCK; SMS HOLDINGS COMPANY; BLOCK BY BLOCK, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>  Defendants. | CIVIL NO. CV 18-00358 JMS-KSC<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANTS MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, and BLOCK BY BLOCK'S RESPONSE TO PLAINTIFF STEPHEN BROOM'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO DEFENDANT] |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of DEFENDANTS MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, and BLOCK BY BLOCK'S RESPONSE TO PLAINTIFF STEPHEN BROOM'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO DEFENDANT, dated January 25, 2019, was duly served upon the persons listed below via U.S. Mail, postage prepaid, to their last known address on January 25, 2019.

> CHARLES H. BROWER
> 900 Fort Street, Suite 1210
> Honolulu, Hawaii  96813
>
> and
>
> MICHAEL P. HEALY
> 1188 Bishop Street, Suite 3304
> Honolulu, Hawaii  96813
>
> Attorneys for Plaintiff
> **STEPHEN BLOOM**

DATED:   Honolulu, Hawai'i; January 25, 2019.

/s/ *Frederick W. Rohlfing III*
LISSA H. ANDREWS
FREDERICK W. ROHLFING III

Attorneys for Defendants
**MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, and BLOCK BY BLOCK**