IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEPHEN BROOM,<br><br>      Plaintiff<br><br>  vs.<br><br>MYDATT SERVICES, INC.; dba BLOCK BY BLOCK; SMS HOLDINGS COMPANY; BLOCK BY BLOCK, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>      Defendants. | CIVIL NO. CV 18-00358 JMS-RT<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT McCLISH** |

## SUPPLEMENTAL DECLARATION OF SCOTT McCLISH

I, SCOTT McCLISH, under penalty of perjury pursuant to the laws of the United States, declare as follows:

1. I am currently the Director of Business Applications of SMS Holdings, Corp., which is the parent company of Mydatt Services, Inc., dba Block by Block ("the Company" or "Block by Block"). The Company is a provider of hospitality, supplemental safety and cleaning services in the Improvement District industry in numerous states across the country. In this role, I am responsible for the care and maintenance of the Company's OnBoarding database and the information and records relating to its online employment applications. The facts in this supplemental declaration are based on my own personal knowledge, and if called upon to testify to these matters, I could and would competently do so under oath.

2. This declaration supplements my earlier declaration filed with Defendants Mydatt Services, Inc., dba Block by Block, SMS Holdings Company, and Block by Block's Motion to Compel Arbitration and to Dismiss or, Alternatively, to Stay Proceedings Pending Arbitration [DKT. 14], which is incorporated herein by reference.

3. As stated in numbered paragraph 6 of my earlier declaration, after accepting the Application Statement in the job application process utilizing the OnBoarding database, the Company's candidates for employment are directed to an Arbitration Agreement page, which directs the candidate to read "the following document." A true and correct color copy of a screenshot of this Arbitration Agreement page taken on February 20, 2019, is attached as Exhibit 5. The language and format of the Arbitration Agreement page are the same as in, and have not been changed since, January 2015. The screenshot of the Arbitration Agreement page is about 14% smaller in size than the size of the Arbitration Agreement page as it appears on my computer screen.

4. If the candidate clicks on the "Continue" button on the Arbitration Agreement page, the following screen is a document that includes the full text of the Arbitration Agreement. A true and correct color copy of a screenshot of the full text of the Arbitration Agreement page taken on February 20, 2019, is attached as Exhibit 6. The language and format of the full text of the Arbitration Agreement page are the same as in, and have not been changed since, January 2015. The screenshot of the full text of the Arbitration Agreement page is about 14% smaller in size than the size of the full text page of the Arbitration Agreement as it appears on my computer screen.

5.  As stated in numbered paragraph 9 of my earlier declaration, in order for the candidate to proceed further with the Company's employment application process, at the conclusion of the full text of the Arbitration Agreement page screen, the candidate must electronically sign the Arbitration Agreement by clicking on a button indicating "I have read and accept the terms of this agreement."

6.  The alternative to clicking the button stating "I have read and accept the terms of this agreement" is to click the button stating "I have read and do not accept the terms of this agreement." If the candidate clicks the button stating "I have read and do not accept the terms of this agreement," the candidate cannot proceed any further with the online application process.

7.  If the candidate clicks on the "Continue" button on the full text of the Arbitration Agreement page <u>without</u> having previously clicked on the button stating "I have read and accept the terms of this agreement" or the button stating "I have read and do not accept the terms of this agreement," a notice appears on lower right hand side of the full text page stating "**No Selection** You must either Accept or Decline the Arbitration Agreement before you can continue" (emphasis in original). A true and correct color copy of a screenshot showing the notice appearing on the lower right hand side of the full text of the Arbitration Agreement page taken on February 20, 2019, is attached as Exhibit 7.

The language and format of the notice appearing on the lower right hand side of the full text of the Arbitration Agreement page are the same as in, and have not been changed since, January 2015.

8.   If the candidate clicks on the "Print" link in the upper right hand corner of the full text of the Arbitration Agreement page, the Arbitration Agreement can be printed out by the candidate. A true and correct copy of the Arbitration Agreement as it prints out utilizing this "Print" link is attached as Exhibit 8.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge, and belief.

Dated:   Nashville, Tennessee, February 22, 2019.

*[signature]*
SCOTT McCLISH