Case 1:18-cv-00358-JMS-RT   Document 20-2   Filed 02/25/19   Page 1 of 1   PageID.182



**Job Path Portal**

Wednesday, February 20, 2019

## Arbitration Agreement

The following document explains the Arbitration Agreement.

Please read and consent to the following document.

©2013 Block by Block | An SMS Holdings company

**EXHIBIT 5**