IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEPHEN BROOM,<br><br>    Plaintiff<br><br>vs.<br><br>MYDATT SERVICES, INC.; dba BLOCK BY BLOCK; SMS HOLDINGS COMPANY; BLOCK BY BLOCK, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>    Defendants. | CIVIL NO. CV 18-00358 JMS-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following parties on this date electronically through CM/ECF and via Hand Delivery, addressed as follows:

    CHARLES H. BROWER          Email: honlaw@lava.net
    900 Fort Street, Suite 1210
    Honolulu, Hawaii  96813

        and

MICHAEL P. HEALY       Email: <u>honolululawyer@outlook.com</u>
1188 Bishop Street, Suite 3304
Honolulu, Hawaii 96813

   Attorneys for Plaintiff
   **STEPHEN BROOM**

DATED:     Honolulu, Hawai'i; February 25, 2019.

                                 /s/ *Frederick W. Rohlfing III*
                                 LISSA H. ANDREWS
                                 FREDERICK W. ROHLFING III

                                 Attorneys for Defendants
                                 **MYDATT SERVICES, INC., dba**
                                 **BLOCK BY BLOCK, SMS HOLDINGS**
                                 **COMPANY, and BLOCK BY BLOCK**