CASE LOMBARDI & PETTIT
A Law Corporation

LISSA A. ANDREWS               3390
FREDERICK W. ROHLFING III   3474
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone No.:  (808) 547-5400
Facsimile No.:   (808) 523-1888
landrews@caselombardi.com
frohlfing@caselombardi.com

Attorneys for Defendants
**MYDATT SERVICES, INC., dba BLOCK BY BLOCK,**
**SMS HOLDINGS COMPANY, and BLOCK BY BLOCK**


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEPHEN BROOM,<br><br>              Plaintiff<br><br>       vs.<br><br>MYDATT SERVICES, INC.; dba BLOCK BY BLOCK; SMS HOLDINGS COMPANY; BLOCK BY BLOCK, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>              Defendants. | CIVIL NO. CV 18-00358 JMS-RT<br><br>**DEFENDANTS MYDATT SERVICES, INC., DBA BLOCK BY BLOCK, SMS HOLDINGS COMPANY, AND BLOCK BY BLOCK'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF FREDERICK W. ROHLFING III; EXHIBIT A; CERTIFICATE OF SERVICE**<br><br>Trial Date: October 22, 2019 |

## DEFENDANTS MYDATT SERVICES, INC., DBA BLOCK BY BLOCK, SMS HOLDINGS COMPANY, AND BLOCK BY BLOCK'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT

Defendants MYDATT SERVICES, INC., dba BLOCK BY BLOCK ("Mydatt"), SMS HOLDINGS COMPANY ("SMS"), and BLOCK BY BLOCK (collectively, "SMS Defendants"), by and through their attorneys, hereby move this Honorable Court for an Order Granting Leave to File First Amended Answer to Complaint in the form attached hereto as Exhibit A. This motion is based upon Rules 7 and 15 of the Federal Rules of Civil Procedure, Local U.S. District Court Rules 7.2 and 10.3, and the Rule 16 Scheduling Order filed November 11, 2018, as ECF No. [11], and is supported by the attached Memorandum in Support of Motion, Declaration of Frederick W. Rohlfing III, and the exhibits, pleadings and files herein.

DATED:     Honolulu, Hawaii, March 22, 2019.

/s/ *Frederick W. Rohlfing III*
LISSA H. ANDREWS
FREDERICK W. ROHLFING

Attorneys for Defendants
**MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, and BLOCK BY BLOCK**