IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEPHEN BROOM,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>MYDATT SERVICES, INC.; dba BLOCK BY BLOCK; SMS HOLDINGS COMPANY; BLOCK BY BLOCK, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>　　　　　Defendants. | CIVIL NO. CV 18-00358 JMS-RT<br><br>**DECLARATION OF FREDERICK W. ROHLFING III** |

## DECLARATION OF FREDERICK W. ROHLFING III

I, FREDERICK W. ROHLFING III, under penalty of perjury pursuant to the laws of the United States, declare as follows:

1. I am Of Counsel to Case, Lombardi & Pettit, A Law Corporation (CLP), counsel for Defendants Mydatt Services, Inc., dba Block By Block, SMS Holdings Company, and Block By Block ("SMS Defendants") herein.

2. Attached hereto as Exhibit A is a true and correct copy of the First Amended Answer to Complaint that is proposed to be filed upon leave being

granted by this Honorable Court.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge, and belief.

DATED: Honolulu, Hawaiʻi; March 22, 2019.

                                              /s/ *Frederick W. Rohlfing III*
                                              FREDERICK W. ROHLFING III