IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEPHEN BROOM,<br><br>    Plaintiff<br><br>vs.<br><br>MYDATT SERVICES, INC.; dba BLOCK BY BLOCK; SMS HOLDINGS COMPANY; BLOCK BY BLOCK, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>    Defendants. | CIVIL NO. CV 18-00358 JMS-RT<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following parties on this date electronically through CM/ECF to their respective addresses as indicated below:

CHARLES H. BROWER, ESQ.
Email: honlaw@lava.net

and

29637/2/3105920.1

MICHAEL P. HEALY
Email: honolululawyer@outlook.com

Attorneys for Plaintiff
**STEPHEN BROOM**

DATED:   Honolulu, Hawai'i; March 22, 2019.

/s/ *Frederick W. Rohlfing III*
LISSA H. ANDREWS
FREDERICK W. ROHLFING III

Attorneys for Defendants
**MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, and BLOCK BY BLOCK**