IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEPHEN BROOM,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>MYDATT SERVICES, INC.; dba BLOCK BY BLOCK; SMS HOLDINGS COMPANY; BLOCK BY BLOCK, JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE LLCS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>　　　　Defendants. | CIVIL NO. CV 18-00358 JMS-RT<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following parties on this date electronically through CM/ECF addressed as follows:

　　CHARLES H. BROWER　　　　Email: honlaw@lava.net
　　900 Fort Street, Suite 1210
　　Honolulu, Hawaii  96813

　　　　and

MICHAEL P. HEALY  Email: honolululawyer@outlook.com
1188 Bishop Street, Suite 3304
Honolulu, Hawaii  96813

 Attorneys for Plaintiff
 **STEPHEN BROOM**

DATED: Honolulu, Hawaiʻi; March 25, 2019.

         /s/ *Frederick W. Rohlfing III*
         LISSA H. ANDREWS
         FREDERICK W. ROHLFING III

         Attorneys for Defendants
         **MYDATT SERVICES, INC., dba**
         **BLOCK BY BLOCK, SMS HOLDINGS**
         **COMPANY, and BLOCK BY BLOCK**