CHARLES H. BROWER,  #1980-0
900 Fort Street, Suite 1210
Honolulu, Hawaii 96813
Telephone (808) 526-2688
Facsimile: (808) 526-0307
E-mail: honolululaw808@gmail.com

MICHAEL P. HEALY,  #4777-0
1188 Bishop Street, Ste 3304
Honolulu, Hawaii 96813
Telephone: (808) 525-8584
Facsimile: (808)  376-8695
E-mail: honolululawyer@outlook.com

Attorneys for Plaintiff
STEPHEN BROOM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN BROOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK,<br><br>　　　　Defendant. | ) CIVIL NO. 18-00358 JMS-KSC<br>)<br>) PLAINTIFF STEPHEN<br>) BROOM'S SUPPLEMENTAL<br>) MEMORANDUM IN<br>) OPPOSITION TO DEFENANT<br>) MYDATT SERICES, INC., dba<br>) BLOCK BY BLOCK, SMS<br>) HOLDINGS COMPANY, BLOCK<br>) BY BLOCK'S MOTION TO<br>) COMPEL ARBITRATION AND<br>) TO DISMISS OR,<br>) ALTERNATIVELY, TO STAY<br>) PROCEEDINGS PENDING<br>) ARBITRATION; CERTIFICATE<br>) OF SERVICE<br>)<br>) |

) <u>Hearing:</u>
)
) Date:  April 1, 2019
) Time:  10:00 a.m.
) Judge:  The Honorable J. Michael
) Seabright
)
) Trial Date:  October 22, 2019

**PLAINTIFF STEPHEN BROOM'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENANT MYDATT SERICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR, ALTERNATIVELY, TO STAY PROCEEDINGS PENDING <u>ARBITRATION</u>**

Plaintiff STEPHEN BROOM, by and through his attorneys, Charles H. Brower and Michael P. Healy, pursuant to the Court's March 8, 2019, Minute Order [ECF No. 24] respectfully submit this Supplemental Memorandum of Opposition to Defendant's Motion to Compel Arbitration.

DATED:   Honolulu, Hawaii, March 25, 2019.

<u>/s/ Michael P. Healy</u>
MICHAEL P. HEALY
CHARLES H. BROWER
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN BROOM, | ) CIVIL NO. 18-000358 JMS-RT |
| Plaintiff, | ) |
| | ) SUPPLEMENTAL |
| v. | ) MEMORANDUM OF |
| | ) OPPOSITION |
| MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK, | ) ) ) ) ) |
| Defendant. | |

**SUPPLEMENTAL MEMORANDUM OF OPPOSITION TO MOTION**

**I.     INTRODUCTION**

This Supplemental Memorandum is being submitted Pursuant to the Court's March 8, 2019, Minute Order [ECF No. 24]. The limited issue is whether the applicable AAA rules are substantively unconscionable.

**II.    FACTUAL BACKGROUND**

On September 28, 2015, Defendant's OnBoarding records show that Plaintiff accepted the terms of its Arbitration Agreement ("Agreement") by selecting the option "I have read and accept the terms of the [Arbitration] agreement. Declaration of Scott McClish ("McClish Decl.") ECF No. 14-2 ¶ 10.  The Agreement states that if the parties cannot agree on how to resolve

3

a dispute, the American Arbitration Association ("AAA") will administer arbitration pursuant to its applicable Rules. AAA's Rules are referenced in the application at (www.adr.org).  "The AAA Rules will govern the allocation of costs between the parties and the course of proceedings unless otherwise agreed." *See* EFC No. 14-4.

On November 17, 2015, Plaintiff completed his application for the full-time position of Hospitality Ambassador. McClish Decl., ECF No. 14-2 ¶ 10.  At that time, the July 1, 2015, AAA Rules were the most current rules.

### III.     ARGUMENT

Both the July 1, 2015, and current AAA Rules, state that the rules in effect at the time a demand for arbitration is made are the rules to be applied. In consideration of arguments made by Defendant in its supplemental briefing, [ECF No. 27], and upon review of *Collins v. Diamond Pet Food Processors of California, LLC*, No. 2:13-CV-00113-MCE, 2013 WL 1791926, (E.D. Cal. Apr. 26, 2013), Plaintiff agrees that the current version of the AAA Rules, effective October 1, 2017, are the proper rules to be applied. Plaintiff further agrees the October 1, 2017, "Costs of Arbitration" applies. These documents are found at ECF No. 23-1, and 23-2.

V.   **CONCLUSION**

Plaintiff submits that the current AAA rules are not substantively unconscionable. The only remaining issue is whether the fine print of the Arbitration Agreement makes it procedurally unconscionable.


DATED:  Honolulu, Hawaii,   March 25, 2019

                                       *Michael P. Healy*
                                       MICHAEL P. HEALY
                                       CHARLES H. BROWER
                                       Attorneys for Plaintiff
                                       Stephen Broom

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN BROOM,<br><br>    Plaintiff,<br><br>    v.<br><br>MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK,<br><br>    Defendant. | CIVIL NO. 18-000358 JMS-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was duly served upon the following at their last known address via the Court's ECF and email, on the date stated below, and addressed as follows:

TO:

LISSA H. ANDREWS       *landrews@caselombardi.com*
FREDERICK W. ROHLFING III  *frohlfing@caselombardi.com*
Attorneys for Defendant
MYDATT SERVICES, INC., dba BLOCK BY BLOCK, SMS HOLDINGS COMPANY, BLOCK BY BLOCK

DATED:  Honolulu, Hawaii, March 25, 2019.

                        */s/ Michael P. Healy*
                        MICHAEL P. HEALY
                        CHARLES H. BROWER
                        Attorneys for Plaintiff